

# Fourth Court of Appeals
## San Antonio, Texas

October 10, 2018

No. 04-18-00530-CV

**IN RE** Bertha Bermea **SANCHEZ**

Original Mandamus Proceeding[1]

### ORDER

On July 30, 2018, relator filed a petition for writ of mandamus complaining of the trial court's January 8, 2018 Order on Marisol Perez's Motion for New Trial. The real party in interest filed a response, to which relator replied. After reviewing the petition, the real party in interest's response, and relator's reply, we conclude relator is entitled to the relief requested. Accordingly, the petition for writ of mandamus is CONDITIONALLY GRANTED. TEX. R. APP. P. 52.8(c).

The Honorable Amado J. Abascal, III is ORDERED to vacate, within fifteen days from the date of this order, the January 8, 2018 Order on Marisol Perez's Motion for New Trial and issue a new order specifying the reasons for ordering a new trial in compliance with *In re United Scaffolding, Inc.*, 377 S.W.3d 685 (Tex. 2012) (orig. proceeding). The writ will issue only if we are notified that Judge Abascal has not complied within fifteen days from the date of this order.

It is so **ORDERED** on October 10, 2018.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of October, 2018.

_____
Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause No. 15-01-30519-MCVAJA, styled *Marisol Perez Sotelo v. Bertha Bermea Sanchez*, pending in the 365th Judicial District Court, Maverick County, Texas, the Honorable Amado J. Abascal, III presiding.